UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Travis Lamont Bolden**  Docket No. 5:22-CR-291-1D

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Lamont Bolden, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Heroin, was sentenced by the Honorable William L. Osteen, Jr., United States District Judge for the Middle District of North Carolina, on November 21, 2017, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Travis Lamont Bolden was released from custody on August 19, 2022, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on November 15, 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has maintained full compliance since his release from custody. As a component of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral treatment program in order to assist with continued positive thinking patterns.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-354-2546
Executed On: November 17, 2022

Travis Lamont Bolden
Docket No. 5:22-CR-291-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __18__ day of __November__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever, III
United States District Judge